RECEIVED
IN LAKE CHARLES, LA
JUN - 7 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **EDDIE JAMES EDMOND** | : | **DOCKET NO. 05-cv-2047**<br>**SECTION P** |
| **VS.** | : | **JUDGE MINALDI** |
| **SGT. M. LAMBERT, ET AL** | : | **MAGISTRATE JUDGE WILSON** |

## JUDGMENT

After consideration of the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, these findings and conclusions are accepted. In any event, after an independent review of the record, this court concludes that the proposed findings and conclusion are entirely correct. Accordingly,

**IT IS ORDERED** that plaintiff's civil rights complaint against Lt. R. Young, Captain Sonnier, Nurse Kellie Mouton, Richard Stalder, and Linda Ramsey be **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim on which relief may be granted in accordance with the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that plaintiff's claims for civil rights violations against defendants Sgt. M. Lambert and Sgt. McNeil remain pending at this time.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 5 day of June, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE