U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

MAR 16 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| EDDIE JAMES EDMOND | : | DOCKET NO. 2:05-cv-2047<br>Section P |
| VS. | : | JUDGE MINALDI |
| SGT. M. LAMBERT, ET AL. | : | MAGISTRATE JUDGE WILSON |

## JUDGMENT OF DISMISSAL

Having given notice of this court's intention to dismiss this action with prejudice for Plaintiff's failure to provide completed summons forms for service of process, and having received no response to this court's minute entry allowing Plaintiff to show cause for his failure to comply, this court finds that Plaintiff's action is subject to dismissal for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. In light of this court's inherent power to control its own docket and dismiss actions *sua sponte* under Rule 41(b) of the Federal Rules of Civil Procedure, it is

ORDERED that this action be and it is hereby DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 16 day of March, 2007.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE